ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :    INDICTMENT
                                       :
    - v. -                             :  16 CRIM 718
                                       :
TOLGA SAFER YILMAZ,                    :
                                       :
            Defendant.                 :
                                       :
- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

### (Stalking)

The Grand Jury charges:

1.     From at least in or about 2009 up to and
including in or about at least May 2016, in the Southern
District of New York and elsewhere, TOLGA YILMAZ, the defendant,
with the intent to kill, injure, harass, intimidate, and place
under surveillance with intent to kill, injure, harass, and
intimidate another person, used the mail, any interactive
computer service and electronic communication service and
electronic communication system of interstate commerce, and any
other facility of interstate and foreign commerce to engage in a
course of conduct that placed that person in reasonable fear of
the death of and serious bodily injury to that person and

**JUDGE RAMOS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____  OCT 2 7 2016
DATE FILED:_____

caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person.

(Title 18, United States Code, Sections 2261A and 2.)

FOREPERSON

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**TOLGA SAFER YILMAZ,**

**Defendant.**

**INDICTMENT**

16 Cr.

(18 U.S.C. §§ 2261A and 2.)

PREET BHARARA
United States Attorney

A TRUE BILL

_____
Foreperson

10/27/16 - Filed Indictment
ac. Case assigned to J Ramos
F for
resub